## COLLIER *vs.* COLLIER.

ORDERED to be dismissed—because the plaintiff had appeared in the circuit court and elected "to proceed no further" in the case.